UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JOHN FULLER,

                          Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE JOSEPH TESTA, Shield # 3956, UNDERCOVER OFFICER # 5732, UNDERCOVER OFFICER # 5566, UNDERCOVER OFFICER #1599,

                          Defendants.
---------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07-CV-11462 (PKC)(HBP)

      **PLEASE TAKE NOTICE** that the defendant, City of New York, appears herein and that we are the attorneys for said defendant in this action, and demand that a copy of the complaint and all notices and other papers be served upon defendant at this office.

Dated: New York, New York
          January 10, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                            City of New York
                                          *Attorney for Defendant*
                                          100 Church Street, 3-188
                                          New York, New York 10007
                                          (212) 788-1816

                              By: _____
                                          GABRIEL HARVIS (GH 2772)
                                          Assistant Corporation Counsel

TO:   Richard Cardinale, Esq. (By ECF)

Index No. 07-CV-11462 (PKC)(HBP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN FULLER,

                            Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE JOSEPH TESTA, Shield # 3956, UNDERCOVER OFFICER # 5732, UNDERCOVER OFFICER # 5566, UNDERCOVER OFFICER #1599,

                            Defendants.

## NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
Attorney for Defendant
100 Church Street Rm 3-188
New York, N.Y. 10007

*Of Counsel: Gabriel Harvis*
*Tel: (212) 788-1816*
*NYCLIS No. 2007041422*

*Due and timely service is hereby admitted.*

*New York, N.Y. .................., 2008 . . .*

*...........................................................Esq.*

*Attorney for..............................................*