THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

MICHAEL A. CARDOZO
*Corporation Counsel*

GABRIEL P. HARVIS
Assistant Corporation Counsel
Phone: (212) 788-1816
Fax: (212) 788-9776
gharvis@law.nyc.gov

## MEMO ENDORSED

February 14, 2008

**BY FAX**
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re: John Fuller v. City of New York, et al.
07 CV 11462 (PKC)(HBP)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to this matter. I write to respectfully request an enlargement of time from February 19, 2008, until March 10, 2008, for defendant "UC 5566" to answer or otherwise respond to the complaint. Plaintiff's counsel consents to this application.

On or about January 22, 2008, this office executed a Waiver of Service of Summons form on behalf of defendant "UC 5566," pursuant to Rule 4 of the Federal Rules of Civil Procedure. Thus, an answer or other response to the complaint from defendant "UC 5566" is due by February 19, 2008. By letter application dated January 10, 2008, the City of New York requested an enlargement of time until March 10, 2008, to answer or otherwise respond to the complaint. By memo-endorsed order dated January 11, 2008, Your Honor granted the request. Defendants respectfully request that defendant "UC 5566"'s time to respond to the complaint also be extended to March 10, 2008, so that this office may continue its investigation into this matter and so that the defendants can respond to the complaint together in one pleading or motion.

In light of the foregoing, we respectfully request that defendant "UC 5566"'s time to answer or otherwise respond to the complaint be extended to March 10, 2008, and for such other relief as Your Honor deems just and proper.

*[Handwritten endorsement:]* Defendant US 5566's time to respond adjourned to March 10, 2008. SO ORDERED. /s/ P. Kevin Castel USDJ 2-14-08

Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis (GH2772)
Assistant Corporation Counsel

cc:   Richard Cardinale, Esq. (by Fax)

2