```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOHN FULLER,

              Plaintiff,                07 Civ. 11462 (PKC)

  -against-                                STIPULATION AND
                                                      ORDER OF DISMISSAL
THE CITY OF NEW YORK, et al.,

              Defendants,
------------------------------------X

       It having been reported to this Court that the above entitled action has been settled,

       It is, on this 11TH day of June, 2008

       ORDERED that the above captioned matter be, and the same hereby is, discontinued with prejudice and without costs provided that within ninety (90) days of the date of this Order, the action may be reinstated for good cause shown.

Dated:  New York, New York
        June 11, 2008

CONSENTED TO:

Cardinale & Marinelli                     City of New York Law Department

_____                 _____
By: Robert Marinelli, Esq.                By: Gabriel Paul Harvis, Esq.
Attorney for Plaintiff                    Attorney for Defendants


Dated:  New York, New York
        June ___, 2008

                                                      SO ORDERED:

                                                      _____
                                                      Hon. P. Kevin Castel
                                                     United States District Judge